IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Michael E. Hegarty**

| | |
|---|---|
| Civil Action No: 22-cv-00852-MEH | Date:  February 16, 2024 |
| Courtroom Deputy:  Christopher Thompson | FTR:  Courtroom A 501*. |

*Parties:*                                                                             *Counsel:*

AIMEE SANDERS,                                                        Eric Coakley

    Plaintiff/Counter Defendant,

v.

PARKER EMERSON,                                                   Richard Bednarski
                                                                                        Blair Carter
    Defendant/Counter Claimant.

**COURTROOM MINUTES**
**DISCOVERY CONFERENCE**

**Court in session:**    1:05 p.m.

Court calls case.  Appearances of counsel and Ms. Sanders by video teleconference.

Discussion held regarding Defendant/Counter Claimant's request to use certain documents produced during discovery in this case in the Parties' related State District Court case in Larimer County.  The Court is inclined to authorize disclosure of the documents in questions under seal and allow the State Court Judge in the *DR* case to make the final decision.  Plaintiff/Counter Defendant opposes the request and the Court's offering stating the documents at issue are not relevant in this case before the Court, and in turn, should not be allowed to be produced in the Parties' *DR* case in the Larimer County Court.  The Court acknowledges that the attorneys in the *DR* case have the most interest in the outcome of the decision of this Court and believes procedurally it is more proper for Defendant/Counter Claimant's counsel in the *DR* case to file a *Motion to Intervene* for the purpose of obtaining relief from the Court's Protective Order governing the documents at issue.  With the *Motion* on file, the Court will promptly set a hearing which will allow Plaintiff/Counter Defendant's *DR* counsel, Mr. Smith, to have the opportunity to make a record in this Court as to why the documents should not be allowed in the *DR* case.

The Court **grants** Defendant/Counter Claimant's counsel in this Court's case request to discuss certain topic areas, not share the documents, with their client's Sherman & Howard attorneys representing him in the *DR* case.  The topic areas, as proffered by Defendant/Counter Claimant's counsel, are as follows: money Plaintiff/Counter Defendant has been receiving from numerous individuals (including the $10,000 she received from Nicholas Gonzalez), gifts she has received from Chris Berman and Justin Douglas, the January 2023 discussions regarding the alleged

incident of Defendant/Counter Claimant hitting Jordan Emerson, conversation as it relates to setting up an LLC between Ms. Sanders and Mr. Gonzalez, the trips and payments made by Mr. Gonzales on behalf of Ms. Sanders and her children, and, any indications of money she has received from individuals referenced in the produced text messages.

The Court is not making a ruling on what can be produced at this time, only what topics can be discussed between counsel for purposes of presenting the *Motion*.

Due to the anticipated filing of a *Motion to Intervene,* the Court **grants** Plaintiff/Counter Defendant's request for an extension to respond to Defendant/Counter Claimant's [ECF 99] *Motion for Sanctions* and extends the deadline to **Tuesday, February 20, 2024**, **by 8:00 a.m.**

**ORDERED:**  Defendant/Counter Claimant's counsel in the Parties' Larimer County *DR* case may file a *Motion to Intervene* for the purpose of obtaining relief from the Court's Protective Order governing the documents they wish to use in the *DR* case. The Court will set a hearing on the *Motion* once it has been filed. Upon the filing of the Motion, the Parties shall promptly confer and jointly contact the Court by email (Hegarty_Chambers@cod.uscourts.gov) identifying times on February 20, 21, and/or 22, 2024 when all Parties are available for the hearing.

**Court in recess:**      1:35 p.m.      Conference concluded.
Total in-court time:   00:30

*To obtain a transcript of this proceeding, please contact Patterson Transcription Company at (303) 755-4536 **or** AB Litigation Services at (303) 629-8534.