IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-00852-MEH

AIMEE SANDERS,

    Plaintiff,

vs.

PARKER EMERSON,

    Defendant.

## JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the orders entered in this case, FINAL JUDGMENT is entered.

This matter was tried beginning on June 25, 2024, before a Jury of seven (7), duly sworn to try the issues herein with Chief United States Magistrate Judge Michael E. Hegarty presiding, and the Jury rendered a verdict on June 27, 2024. Pursuant to the Jury's verdict regarding Plaintiff Aimee Sanders claims at ECF [156] and redacted verdict at ECF [158], it is

ORDERED as to Plaintiff's claims Judgment shall be entered IN FAVOR OF PLAINTIFF, AIMEE SANDERS, AND, AGAINST DEFENDANT, PARKER EMERSON, on all claims for relief and causes of action asserted in this case in the amount of **NINETY THOUSAND (90,000) DOLLARS**. Interest shall be calculated at the statutory rate of 9% on $90,000, which is $8,100 per year, or $22.19 per day. Pre-Judgment interest is calculated from July 6, 2020, as the case was filed in the District Court for Boulder, Colorado on February 20, 2022. From July 6, 2020, to February 19, 2022, is 593 days, or one year plus 228 days. The amount of prejudgment interest from the date of accrual to the day before the action was filed is,

therefore, $8,100 + (228 x 22.19) = $13,159.32. Adding this amount to the judgment, the initial base amount used to calculate compound interest annually from the day the suit was filed is $103,159.32. Compounded annually on the date the suit was filed adds the following amounts to the judgment:

**-February 20, 2022 – February 19, 2023**

$103,159.32 x .09 = $9,284.34 interest, bringing the compounded total to $112,443.66.

**-February 20, 2023 – February 19, 2024**

$112,443.66 x .09 = $10,119.93 interest, bringing the compounded total to $122,563.60.

**-February 19, 2024 – June 27, 2024, 129 days**

$122,563.60 x .09 = 11,030.72 annual interest or $30.22 per diem, which comes to $3,898.38 in interest for 129 days.

The total amount of the Judgment entered on June 27, 2024, including pre-judgment interest, is $126,461.98. Plaintiff also filed a *Stipulated Proposed Bill of Costs* at ECF [165] on July 11, 2024, for $2,212.66, bringing the total amount of the Judgment, inclusive of costs and pre-judgment interest, to $128,674.64.

**PLAINTIFF IS AWARDED $128,674.64, INCLUSIVE OF COSTS AND PRE-JUDGMENT INTEREST, WITH POST-JUDGMENT INTEREST ACCRUING AT THE RATE OF 5.1% PER ANNUM FROM JUNE 27, 2024, UNTIL SATISFIED IN FULL.**

Dated at Denver, Colorado, this 25th day of July 2024.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By *s/ C. Thompson*
   C. Thompson
   Deputy Clerk